UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MAIN STREET MERCHANT
SERVICES INC.,

                                                                                25 Civ. 02904 (KAM) (ST)

                      Plaintiff,

     v.

HEYBURN, LLC; FRANCIS STREET
INVESTORS, LLC; LITTLE TACOMA
CONSTRUCTION, LLC; and PETER M.
PERRIN,

                    Defendants.
----------------------------------------------------------X

## REQUEST FOR TRIAL DE NOVO

      Defendants Heyburn, LLC, Francis Street Investors, LLC, Little Tacoma Construction, LLC, and Peter M. Perrin, by their counsel, David Michael Kasell, respectfully submit this Request for Trial De Novo pursuant to Local Civil Rule 83.7(f), within thirty (30) days of the docket entry reflecting the filing of the Arbitration Award on October 27, 2025.

      The Arbitration Award is confidential and non-binding, and pursuant to the Court's notice, Defendants do not attach or submit the Award with this filing. Defendants hereby respectfully demand that this action proceed in the normal course as though no arbitration had occurred.

Dated: November 25, 2025
New York, New York

                                                                            KASELL LAW FIRM
                                                                            By: *David Kasell*
                                                                     David Kasell, Esq.
                                                     Attorney for Defendants
                                                    1038 Jackson Avenue, #4
                                                  Long Island City, NY 11101
                                   david@merchantcashdefense.com
                                                           Tel: 718-404-6668