1 | P a g e

# ZACHTER PLLC

**JEFFREY ZACHTER**
Fax: (646) 779-3296
JZachter@zachterlaw.com

| **New York Office** | **New Jersey Office** |
|---|---|
| 30 Wall Street | 2 University Plaza |
| 8th Floor | Suite 205 |
| New York, NY 10005 | Hackensack, NJ 07601 |
| Phone: (646) 779-3294 | Phone: (201) 500-6576 |

December 31, 2025

**VIA ECF**

U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722
Attention: Magistrate Judge Steven Tiscione

Re:   **Main Street Merchant Services Inc. v. Heyburn, LLC, Francis Street Investors, LLC, Little Tacoma Construction, LLC and Peter M. Perrin**
**Index No.** **2:25-cv-02904-KAM-ST**

Dear Magistrate Judge Tiscione,

     This firm represents Plaintiff, Main Street Merchant Services Inc. ("Plaintiff") in the above referenced matter.

     We reached out to opposing counsel on numerous occasions, however, opposing counsel was difficult to communicate with. We are available for a short telephone conference to discuss a discovery time table.

     Thank you for your attention to this matter. Please contact us with any questions or concerns.

Sincerely,
**ZACHTER, PLLC**

_____
Jeffrey Zachter, Esq.