UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAIN STREET MERCHANT SERVICES INC.,

                     *Plaintiff*,



                     25 Civ. 02904 (KAM) (ST)

v.

HEYBURN, LLC, LITTLE TACOMA
CONSTRUCTION, LLC, PETER M. PERRIN,
and FRANCIS STREET INVESTORS, LLC,

                     *Defendants*.
-----------------------------------------------------------X

# [Proposed] SCHEDULING ORDER

Pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** as follows:

**1.    Amended Complaint and Initial Disclosures**

Plaintiff shall join any additional parties and/or amend the pleadings, if at all, no later than Wednesday, January 28, 2026.

All parties shall serve their initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure no later than Wednesday, February 4, 2026.

The parties shall advise the Court whether all parties consent to proceed before the assigned Magistrate Judge, without disclosing any individual party's position, by Wednesday, February 4, 2026.

**2.      Fact Discovery**

All fact discovery shall be completed no later than Thursday, May 14, 2026.

**3.      Interrogatories, Document Requests, and Depositions**

Interrogatories and document requests shall be served sufficiently in advance of the discovery cutoff to allow for timely responses and in no event after Monday, March 16, 2026.

Depositions shall be completed within the fact discovery period.

**4.      Fact Discovery**

The parties will conduct discovery in accordance with the Federal Rules of Civil Procedure, the Local Rules of the Eastern District of New York, and Magistrate Judge Steve Tiscione Individual Practices. The interim deadlines in paragraph 4(b) through 4(e) may be extended by the parties on consent without application to the Court, provided the parties meet the fact discovery completion date in paragraph 4 (a)

a. All fact discovery must be completed by May 14, 2026.
b. Initial requests for production of documents must be served by Wednesday, February 18, 2026. Any subsequent requests for production must be served no later than Wednesday, April 15, 2026.
c. Interrogatories must be served by Wednesday, February 18, 2026. Any subsequent interrogatories must be served no later than Wednesday, April 15, 2026.
d. Non-expert depositions must be completed by Wednesday, March 18, 2026. Agreement between the parties or an order from the Court, non-party depositions must follow initial party depositions.
e. Requests to admit must be served by Wednesday, February 18, 2026 and in any event no later than Wednesday, April 18, 2026.
f. All responses to fact discovery shall be served within 30 days of receipt of the demands.

**5.      Dispositive Motions**

Any dispositive motions shall be filed by Thursday, May 28, 2026.

Prior to filing any dispositive motion, the parties must comply with Judge Matsumoto's Individual Practices, including the requirement for a pre-motion conference.

**6.     Settlement Conference**

The parties shall advise the Court promptly if they believe a settlement conference would be productive.

**7.     Discovery Disputes**

Discovery disputes shall be raised in accordance with Magistrate Judge Tiscione's Individual Practices.

**8.     Modification of Schedule**

This Scheduling Order may be modified only upon a showing of good cause.

SO ORDERED.

Dated: Brooklyn, New York
January __, 2026

```
                                    _____
                                    STEVEN L. TISCIONE
                                    United States Magistrate Judge
```