UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
MAIN STREET MERCHANT
SERVICES INC.,

                                **25 Civ. 02904 (KAM) (ST)**

                  Plaintiff,

        v.

HEYBURN, LLC; FRANCIS STREET
INVESTORS, LLC; LITTLE TACOMA
CONSTRUCTION, LLC; and PETER M.
PERRIN,

                  Defendants.
----------------------------------------------------X

### [Proposed] CONSENT JUDGMENT AND ORDER

WHEREAS Main Street Merchant Services Inc. ("Plaintiff") commenced this action against multiple defendants, including Heyburn LLC and Peter Michael Perrin;

WHEREAS Plaintiff, Heyburn LLC, and Peter Michael Perrin have agreed to resolve this action as between them by the entry of a consent judgment, without admission of liability;

WHEREAS Plaintiff has agreed to dismiss all other defendants named in this action without prejudice;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.     Judgment is hereby entered in favor of Plaintiff Main Street Merchant Services Inc. and against Defendants Heyburn LLC and Peter Michael Perrin, jointly and severally, in the total amount of Sixty-Nine Thousand Two Hundred Sixty-Six Dollars and Fifty-Nine Cents ($69,266.59).

2.     The amount set forth above represents the full agreed-upon judgment amount between Plaintiff and Defendants Heyburn LLC and Peter Michael Perrin.

3.     Plaintiff may execute upon this Judgment immediately in accordance with applicable federal and state law.

4.    All claims against all other defendants named in this action, other than Heyburn LLC and Peter Michael Perrin, are hereby dismissed with prejudice, without costs or fees to any party.

SO ORDERED.

Dated: May  19 , 2026

_____
HON. KIYO A MATSUMOTO
United States District Judge
Eastern District of New York

2